```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GEORGI KHEVTSURIANI,                                                   :
                                                                       :
                            Petitioner,                                :
                                                                       :           25 Civ. 8562 (JPC)
            -v-                                                        :
                                                                       :                ORDER
BRYAN FLANAGAN, in his official capacity as Acting                     :
Field Office Director of New York, Immigration and                     :
Customs Enforcement ("ICE"), and PAM BONDI,                            :
Attorney General of the United States,                                 :
                                                                       :
                            Respondents.                               :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 15, 2025, Petitioner filed a Petition for Writ of Habeas Corpus and Complaint (the "Petition"). Dkt. 1. Expecting to be detained by Immigration and Customs Enforcement, Petitioner asks the Court to issue a writ of habeas corpus and to grant him relief under the Administrative Procedure Act and the Due Process Clause of the Fifth Amendment of the U.S. Constitution. *See id.* at 18-19. Petitioner was not in custody when he filed the Petition. *See id.* ¶ 3.

The Court must examine whether it has subject matter jurisdiction before it can adjudicate the claims before it. *See Valez-Chavez v. McHenry*, 549 F. Supp. 3d 300, 302 (S.D.N.Y. 2021); *Makarova v. United States*, 201 F.3d 110, 113 (2d Cir. 2000). The party seeking the exercise of jurisdiction must "'clearly . . . allege facts demonstrating that he is a proper party to invoke judicial resolution of the dispute.'" *Valez-Chavez*, 549 F. Supp. 3d at 302 (quoting *Bd. of Educ. of Mt. Sinai Union Free Sch. Dist. v. N.Y. State Teachers Ret. Sys.*, 60 F.3d 106, 109 (2d Cir. 1995)).

Therefore, no later than October 23, 2025, Petitioner must show cause why the Court has subject matter jurisdiction over this action.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York, as well as Chief Assistant United States Attorney of the Civil Division Jeffrey Oestericher (jeffrey.oestericher@usdoj.gov), that this Order has been issued.

SO ORDERED.

Dated: October 16, 2025
      New York, New York

                                            JOHN P. CRONAN
                                      United States District Judge