UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
GIORGI KHEVTSURIANI,                                                   :
:
                     Petitioner,                                :
:
             -v-                                                 :      25 Civ. 8562 (JPC)
:
BRYAN FLANAGAN, in his official capacity as Acting                     :      <u>ORDER</u>
Field Office Director of New York, Immigration and                     :
Customs Enforcement ("ICE"), and PAM BONDI,                            :
Attorney General of the United States,                                 :
:
                     Respondents.                              :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On October 15, 2025, Petitioner filed a Petition for Writ of Habeas Corpus and Complaint (the "Petition"). Dkt. 1. Expecting to be detained by Immigration and Customs Enforcement, Petitioner asks the Court to issue a writ of habeas corpus and to grant him relief under the Administrative Procedure Act and the Due Process Clause of the Fifth Amendment of the U.S. Constitution. *Id.* at 18-19. Petitioner was not in custody when he filed the Petition. *See id.* ¶ 3. Accordingly, the Court ordered Petitioner to "show cause why the Court has subject matter jurisdiction over this action." Dkt. 2. Petitioner responded to that Order on October 23, 2025. Dkt. 4.

        Defendants are ordered to respond to the Petition no later than November 26, 2025. The Clerk of Court shall electronically notify Jeffrey Oestericher, Chief of the Civil Division of the U.S. Attorney's Office for the Southern District of New York (jeffrey.oestericher@usdoj.gov), that this Order has been issued. The Clerk of Court shall enclose Petitioner's filings, Dkts. 1, 4, in her notification to Chief Oestericher.

        SO ORDERED.

Dated: October 27, 2025
    New York, New York

                                                    JOHN P. CRONAN
                                            United States District Judge

2