UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
GIORGI KHEVTSURIANI,                                  :
                                                      :
                        Petitioner,                   :
                                                      :
            -v-                                       :            25 Civ. 8562 (JPC)
                                                      :
BRYAN FLANAGAN, *et al.*,                             :            ORDER
                                                      :
                        Respondents.                  :
                                                      :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

By May 8, 2026, the Government shall explain how the Second Circuit's recent decision in

*da Cunha v. Freden*, No. 25-3141-pr (2d Cir. Apr. 28, 2026), Dkt. 78, affects the instant case, if at

all, and propose next steps in this matter.  Petitioner may respond, if necessary, by May 15, 2026.

        SO ORDERED.

Dated:  April 29, 2026
        New York, New York                              JOHN P. CRONAN
                                                    United States District Judge