UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIORGI KHEVTSURIANI,

Petitioner,

-v-

BRYAN FLANAGAN, *et al.*,

Respondents.

---

25 Civ. 8562 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On October 1, 2026, the U.S. Supreme Court granted *certiorari* to review the Second Circuit's decision in *Barbosa da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026). *See Rhoney v. Barbosa da Cunha*, No. 26-104, 2026 WL 2942994 (Oct. 1, 2026). By November 2, 2026, the parties shall advise the Court of their views as to whether the Court should stay this case pending the Supreme Court's decision, without prejudice to any party making an application to lift the stay prior to a decision being rendered.

SO ORDERED.

Dated: October 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge